IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| TAVARRES J. HENDERSON, | ) |
| Plaintiff, | ) |
| v. | ) CV 117-164 |
| ROBERT LEVERETT, Major, Individual Capacity; OFFICER FNU MATHIS, Individual Capacity; and SGT. FNU BARBER, Individual Capacity, | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Defendants Barber and Mathis from this case, and **DISMISSES** Plaintiff's deliberate indifference and denial of access to the courts claims for failure to state a claim.

SO ORDERED this 14th day of March 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA